AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

FARINA FOCACCIA & CUCINA ITALIANA, LLC
                 Plaintiff (s),
V.
700 VALENCIA STREET LLC
                 Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-02286 JCS

Notice is hereby given that, subject to approval by the court, __Defendant 700 Valencia Street LLC__ substitutes
(Party (s) Name)

__NA'IL BENJAMIN, ESQ.__, State Bar No. __240354__ as counsel of record in
(Name of New Attorney)

place of __JOHN P. ZANGHI, ESQ., KEVIN P. GREENQUIST, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: BENJAMIN LAW GROUP, P.C.
   Address: 101 California Street, Suite 2710, San Francisco, CA 94111
   Telephone: 415.633.8833    Facsimile 415.349.3334
   E-Mail (Optional): nbenjamin@benjaminlawgroup.com

I consent to the above substitution.
Date: 6-30-2015
                          John O'Connor
                          (Signature of Party (s))

I consent to being substituted.
Date: 6-30-2015
                          Kevin P. Greenquist
                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/30/2015
                          Na'il Benjamin
                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 6, 2015                           Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]