UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARINA FOCACCIA & CUCINA ITALIANA, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>700 VALENCIA STREET LLC,<br><br>       Defendant. | Case No. 15-cv-02286-JCS<br><br>**ORDER TO SHOW CAUSE RE DIVERSITY JURISDICTION** |

In the Complaint, Plaintiff alleges that there is diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff is a Delaware Limited Liability Company and Defendant is a California Limited Liability Company. The Court must consider the citizenship of all members of the two LLCs in determining whether diversity jurisdiction exists. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2005) ("like a partnership, an LLC is a citizen of every state of which its owners/members are citizens"). Accordingly, each party shall file with the Court a declaration listing all of its members and the citizenship of each member. The parties' declarations shall be filed by **Friday, July 24, 2015**.

**IT IS SO ORDERED.**

Dated: July 22, 2015

JOSEPH C. SPERO
Chief Magistrate Judge