Earl L. Bohachek (CSBN 55476)
Westamerica Bank Building
1108 Fifth Avenue
Third Floor
San Rafael, CA  94901
elbohachek@aol.com
Telephone:  415 455 0700
Facsimile:  415 456 0266

Attorneys for Plaintiff Farina Focaccia & Cucina Italiana, LLC,
a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Farina Focaccia & Cucina Italiana, LLC,** a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> **700 Valencia Street LLC**, a California Limited Liability Company, <br><br> Defendant. | Case No.:  3:15-CV-02286-JCS <br><br> **PLAINTIFF'S COUNSEL REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> CMC Date:  October 16, 2015 <br> Time:    2:00 p.m. <br> Courtroom G – 15th Floor <br> Judge:  Joseph C. Spero |

Pursuant to Local Rule 16-10(a) Counsel for plaintiff makes this request to participate in the second Case Management Conference by telephone – inasmuch as he will be in Trial in Los Angeles that same week.

DATED:  August 24, 2015        LAW OFFICES OF EARL L. BOHACHEK

IT IS HEREBY ORDERED that Mr. Bohachek shall be on phone standby beginning at 2:00 PM and await the Court's call. Mr. Bohacheck shall provide a direct land line number to the clerk by 10/14/15.
Dated: 8/25/15

             BY:  /s/ EARL L. BOHACHEK
                  EARL L. BOHACHEK,
                  Attorney for Plaintiff Farina Focaccia
                  & Cucina Italiana, LLC, a Delaware
                  Limited Liability Company

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

1
**REQUEST TO PARTICIPATE IN CMC VIA TELEPHONE**

EARL L. BOHACHEK