UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARINA FOCACCIA & CUCINA ITALIANA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>700 VALENCIA STREET LLC,<br><br>Defendant. | Case No. 15-cv-02286-JCS<br><br>**ORDER GRANTING MOTION TO COMPEL**<br><br>Re: Dkt. No. 56 |

Good cause appearing, IT IS HEREBY ORDERED THAT Defendant is to provide the following documents and responses within thirty (30) days from the date of this Order:

1. Copies of all rent checks for the premises at issue;
2. Records showing the date of deposit of all rent checks for the premises at issue from November, 2014, forward;
3. All records relating to the construction of Farina Pizza;
4. All records relating to the ventilation systems at the premises, missing tiles on the exterior of the premises on Valencia Street, and electrical wiring in the kitchen at the premises;
5. All emails, correspondence, texts and other communication, including notices, between plaintiff and defendant;
6. Legible copies of all documents produced; and

7. Responses to Plaintiff's First Set of Requests for Admission.

8. The request for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2