UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARINA FOCACCIA & CUCINA ITALIANA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>700 VALENCIA STREET LLC,<br><br>    Defendant. | Case No.  15-cv-02286-JCS<br>Related Case No. C-15-4931 JCS<br><br>**ORDER  SETTING BENCH TRIAL IN LIEU OF JURY TRIAL** |

On June 10, 2016, the parties in the two related cases filed a joint letter stipulating that the unlawful detainer action (Case No. C-15-4931), along with the overlapping issues in the related case (Case No. C-15-2286), will be decided by the Court in a bench trial instead of by a jury, as originally requested.  The first issue to be decided by the Court will be whether the term of the lease was extended because Farina Focaccia validly exercised the option to renew contained in the lease agreement between the parties.   The Court will conduct a two-day bench trial on November 14 -15, 2016, to address this issue.  The jury trial in the unlawful detainer action is vacated.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge