United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARINA FOCACCIA & CUCINA ITALIANA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>700 VALENCIA STREET LLC,<br><br>  Defendant.<br>———————————————<br>700 VALENCIA STREET LLC,<br><br>  Plaintiff,<br><br>  v.<br>FARINA FOCACCIA & CUCINA ITALIANA, LLC,<br><br>  Defendant. | Case No. 15-cv-02286-JCS<br>Related Case No. 15-cv-4931-JCS<br><br>**ORDER GRANTING JOINT DISCOVERY LETTER TO TAKE DEPOSITION OF ERICA MCDOWELL**<br><br>[Docket No. 94] |

IT IS HEREBY ORDERED that the deposition of Ms. Erica McDowell shall be taken. The parties shall meet and confer to schedule a date for her deposition.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge