ARNOLD & PORTER KAYE SCHOLER LLP
Jonathan W. Hughes (No. 186829)
jonathan.hughes@apks.com
S. Zachary Fayne (No. 307288)
zachary.fayne@apks.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

*Attorneys for 700 Valencia Street, LLC*

THE LAW OFFICES OF EARL L. BOHACHEK
Earl L. Bohachek (No. 55476)
elbohachek@aol.com
Westamerica Bank Building, Third Floor
1108 Fifth Avenue
San Rafael, California 94901
Telephone: +1 415.455.0700
Facsimile: +1 415.456.0266

*Attorney for Farina Focaccia
& Cucina Italiana, LLC,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 700 VALENCIA STREET, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FARINA FOCACCIA & CUCINA ITALIANA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 15-CV-04931-JCS<br>Related Case No.: 15-CV-02286-JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE CASE MANAGEMENT CONFERENCE SCHEDULE** |

On August 11, 2017, the Court set a Case Management Conference for November 3, 2017. In light of (i) the Court's October 18, 2017 ruling on Farina Focaccia & Cucina Italiana, LLC's post-judgment motions, and (ii) 700 Valencia Street, LLC's ("700 Valencia's") renewed motion for attorneys' fees and costs (noticed for hearing on December 15, 2017 at 9:30 a.m.), the Parties in the above-captioned action agree that a Case Management Conference on November 3, 2017 would not be productive.

Accordingly, in the interest of efficiency and judicial economy, the Parties hereby stipulate and agree to rescheduling the November 3, 2017 Case Management Conference to ~~December 15, 2017~~ February 16, 2018 at 9:30 a.m., which is the same date and time noticed for the hearing on 700 Valencia's motion for attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 31, 2017            /s/ Jonathan W. Hughes
                                   Attorneys for 700 VALENCIA STREET LLC
                                   Jonathan W. Hughes
                                   Arnold & Porter Kaye Scholer LLP

Dated: October 31, 2017            /s/ Earl L. Bohachek
                                   Attorneys for FARINA FOCACCIA & CUCINA ITALIANA, LLC
                                   Earl L. Bohachek

### ATTESTATION

Pursuant to Local Rule 5-1, I, Jonathan W. Hughes, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

            /s/ Jonathan W. Hughes
            Jonathan W. Hughes
            Arnold & Porter Kaye Scholer LLP
            *Attorney for 700 Valencia Street, LLC.*

**IT IS SO ORDERED.**

Dated: 11/01/17                    _____
                                   HONORABLE JOSEPH C. SPERO
                                   UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero